UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MAR 1 4 2005

IN RE: §
§
TRANSCONTINENTAL PRODUCTS & §
SERVICES, INC. §
§
  Debtor. §
§
AVANTI CONSULTING, INC. §
§
VS. § CIVIL ACTION NO. H-04-02314
§
TRANSCONTINENTAL PRODUCTS & §
SERVICES, INC. AND §
CITIBANK, N.A. §
§
  Defendant. §

## MEMORANDUM AND ORDER

A hearing will be held on **March 21, 2005 at 1:30 p.m.** The hearing will be limited to consideration of (1) whether this Court has subject matter jurisdiction and, if so, (2) whether the Court should abstain.

IT IS SO ORDERED.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.